IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-CV-00682-BO-RN

ANGELA SUTTHILL,

    Plaintiff,

v.

WALTER SUTTHILL,

    Defendant.

**ORDER GRANTING JOINT MOTION FOR A COURT-HOSTED SETTLEMENT CONFERENCE**

This matter is before the Court on joint motion of the parties for the temporary suspension and stay of the requirement of a Rule 26(f) conference and discovery plan and requiring a Court-hosted settlement conference no earlier than March 1, 2024, and no later than April 31, 2024. [DE 18]. For good cause shown, the motion [DE 18] shall be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED** that the requirement for a Rule 26(f) conference and discovery plan is temporarily stayed and this matter is REFERRED to United States Magistrate Judge Robert T. Numbers, II, for a Court-hosted settlement conference to be held no earlier than March 1, 2024, and no later than April 31, 2024.

SO ORDERED this the 21 day of February, 2024.

Terrence W. Boyle
United States District Judge