UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGELA SUTTHILL,                    )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )        **JUDGMENT**
                                    )
WALTER SUTTHILL,                    )        5:23-CV-682-BO-RN
                                    )
                    Defendant.      )
                                    )

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is dismissed with prejudice.

This case is closed.

<u>**This judgment filed and entered on June 5, 2025, and served on:**</u>
John Austin (via CM/ECF NEF)
Christian Dysart (via CM/ECF NEF)
Geoffrey Willis (via CM/ECF NEF)
Katelynn McCoy (via CM/ECF NEF)
Meredith Brewer (via CM/ECF NEF)
Jason Benton (via CM/ECF NEF)


                                    PETER A. MOORE, JR., CLERK

June 5, 2025

                                     /s/ Lindsay Stouch
                                    By: Deputy Clerk